IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. GARY FELLOWS, Defendant. | **WITNESS LIST**<br><br>Case No.: 8:18MJ489<br>Deputy: Mary Beth McFarland<br>Reporter: Digital Recorder<br>Date: January 3, 2019 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Christopher German | January 3, 2019 |
|  |  |