IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY FELLOWS,

    Defendant.

**EXHIBIT LIST**

Case No.    8:18MJ489
Deputy:    Mary Beth McFarland
Reporter:    Digital Recorder
Date:    January 3, 2019

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | E-mail from Quintin Erdman | X | | X | | 01/03/19 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**