SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JAN 23 PM 5: 04
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY FELLOWS,<br>SIDNEY BRITT,<br>JOSHUA BRITT,<br><br>Defendants. | 8:19CR28<br><br>INDICTMENT<br>18 U.S.C. § 1951<br>18 U.S.C. § 2114<br>18 U.S.C. § 1201(a)(5)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 641<br>18 U.S.C. § 2 |

The Grand Jury charges that

That at all times material to this Indictment the United States Postal Services was engaged in the transportation and delivery of United States mail in interstate commerce. That at all times material to this Indictment the United States Postal Services was engaged in the transportation of bank deposits belonging to the United States Postal Service in interstate commerce. That at all times material to this Indictment the United States Postal Services was engaged in an industry which affects interstate commerce.

## COUNT I

That on December 14, 2018, in the District of Nebraska, the defendants, GARY FELLOWS, SIDNEY BRITT, and JOSHUA BRITT, aiding and abetting one another, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants GARY FELLOWS, SIDNEY BRITT, and JOSHUA BRITT, did unlawfully take and obtain personal property consisting of remittance bags containing United States currency and bank deposits belonging to the United States Postal Service from the person

1

and in the presence of J.L., in his capacity as a United States Postal Service employee, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property in his custody and possession, that is by brandishing a firearm, binding J.L.'s hands, and covering J.L.'s head.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT II

On or about December 14, 2018, in the District of Nebraska, the defendants, GARY FELLOWS and SIDNEY BRITT, aiding and abetting one another, did assault J.L., a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, and in doing so the defendants, GARY FELLOWS and SIDNEY BRITT, put the life of J.L. in jeopardy by the use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2114 and 2.

## COUNT III

On or about the December 14, 2018, in the District of Nebraska, the defendants, GARY FELLOWS and SIDNEY BRITT, aiding and abetting one another, did unlawfully, knowingly, and willfully kidnap, abduct, carry away, seize, confine, inveigle, decoy, and hold for ransom, reward, and otherwise J.L., an officer or employee of the United States Government, without his consent and while J.L. was engaged in, and on account of, performance of his official duties.

In violation of Title 18, United States Code, Sections 1201(a)(5) and 2.

## COUNT IV

On or about December 14, 2018, in the District of Nebraska the defendants, GARY FELLOWS and SIDNEY BRITT, aiding and abetting one another, did knowingly brandish, carry

and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery, as charged in Counts I and II of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT V

On or about the December 14, 2018, in the District of Nebraska, the defendants, GARY FELLOWS, SIDNEY BRITT, and JOSHUA BRITT, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, United States currency of a value exceeding $1,000.00, with intent to convert said property to his own use, GARY FELLOWS, SIDNEY BRITT, and JOSHUA BRITT then knowing said property to have been stolen.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

FOREPERSON /

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney

3